# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>         v.<br><br>Susan M. Hicks, et al.,<br><br>                    Defendants. | **DEFAULT**<br>JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:18-cv-01564-JCM-NJK |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of the United States of America and against Defendant Susan M. Hicks in the amount of $74,564.56, plus interest and statutory additions in accordance with 28 U.S.C. § 1961 (c)(1) and 26 U.S.C. § 6601 and 6621, which will accrue from 12/31/2019 until judgment is paid, less any applicable credits and payments.

12/23/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk